UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7228**

CLEVELAND WINSTON KILGORE, JR.,

Plaintiff – Appellant,

v.

ROD J. ROSENSTEIN, United States Attorney; BARBARA S. SKALLA, United States Assistant Attorney; MICHELE WALLS SARTORI, United States Assistant Attorney; UNIDENTIFIED SECRET SERVICE OFFICERS; UNITED STATES OF AMERICA,

Defendants – Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Richard D. Bennett, District Judge. (1:10-cv-01768-RDB).

Submitted:  January 18, 2011        Decided:  January 27, 2011

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cleveland Winston Kilgore, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleveland Winston Kilgore, Jr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kilgore v. Rosenstein, No. 1:10-cv-01768-RDB (D. Md. Aug. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED